222 F.2d 956
 Ryvers V. WOOLRIDGE
v.
NORTHEAST OKLAHOMA RAILROAD COMPANY, a Corporation.
 No. 5010.
 United States Court of Appeals Tenth Circuit.
 April 13, 1955.
 
 Rex H. Holden, Oklahoma City, Okl., and Philip B. Lush, Minneapolis, Minn., for appellant.
 B. W. Tabor, Tulsa, Okl., and Wallace, Wallace & Owens, Miami, Okl., for appellee.
 Before BRATTON, HUXMAN and PICKETT, Circuit Judges.
 PER CURIAM.
 
 
 1
 Appeal dismissed on motion of appellant.